Michaela Battista Sozio (SBN 179148)
E-mail:  msozio@bwslaw.com
Gina N. Giovacchini (SBN 309158)
E-mail:  ggiovacchini@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600	Fax:  213.236.2700

Attorneys for Petitioner MISSION
INTEGRATED TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION INTEGRATED TECHNOLOGIES, LLC,<br><br>Petitioner,<br><br>v.<br><br>KENNETH FOURNIER,<br><br>Respondent. | Case No. 2:24-mc-00048 PA (PVCx)<br><br>**DECLARATION OF MICHAELA SOZIO RE UPCOMING STATUS CONFERENCE**<br><br>**Date:   June 27, 2024**<br>**Time:   10:00 a.m.**<br>**Dept.:   Zoom Appearance** |

**TO THE HONORABLE COURT:**

I, Michaela Battista Sozio, hereby declare and state as follows:

1.	I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for Petitioner MISSION INTEGRATED TECHNOLOGIES, LLC ("MIT"). I have personal knowledge of the facts set forth herein and, where indicated, is based on information and belief. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in preparation of the Court's upcoming June 27, 2024 Status Conference.

/ / /

2.      On June 14, 2024, Petitioner MIT filed an Ex Parte Application requesting, *inter alia,* that this Court set an Order to Show Cause and order Respondent Kenneth Fournier ("Fournier") to appear in person and explain to the Court why he has failed to respond to MIT's Subpoena and the two Court Orders which ordered him to produce documents.

3.      On June 17, 2024, this Court set a Status Conference for June 27, 2024 at 10:00 a.m. and indicated that the Parties could appear via zoom. The Court also ordered that Petitioner serve Respondent Fournier with a copy of the Court's Order.

4.      On June 17, 2024, we served Fournier with a copy of the Court's Order via electronic mail. The email I used has been the same email we have used to serve copies of all communications and pleadings in this matter.  I also confirmed that this is the correct email based on search of Mr. Fournier that I found at www.https://kenfournier.info/.

5.      On June 18, 2024, we attempted to serve Fournier via a process server at the 13701 Riverside Dr., Suite 500, Sherman Oaks, CA address ("Riverside address"). While this is a business address, it is also identified as his "residence" on the following website:   https://www.usphonebook.com/kenneth-c-fournier/U4ATO3QTM0YjNxADM5UTN5EDO10yR.

6.      Previously, there would be someone at the Riverside address who would indicate that they were authorized to accept service on behalf of Fournier.  However, on June 18, 2024, the day after we had already served Fournier with a copy of the Court's June 17, 2024 Order, our process server was advised that no one at the Riverside address was authorized to accept service on behalf of Fournier.  As such, the individuals at the Riverside address refused to accept service.

7.      At this juncture, we immediately took steps to identify an actual residence for Fournier and have been advised that Fournier has taken measures to shield his location.

8.      To date, we have not been able to personally serve Fournier with a copy of this Court's June 17, 2024 Order, but he did receive a copy via email on June 17, 2024. A true and correct copy of this email is attached hereto as Exhibit 1.

9.      In the event that Fournier does not appear at tomorrow's Status Conference, we will elaborate to the Court on the diligent efforts that Petitioner MIT has taken in order to locate and serve Fournier with the Court's Order.

10.      It appears that Fournier is continuing to engage in gamesmanship by instructing the individuals at the Riverside address to now refuse service and by refusing to respond to any email correspondence.  More importantly, Fournier is still continuing to ignore this Court's Order and has still not produced any documents in response to MIT's Subpoena.

11.      Based on the upcoming July 8, 2024 Trial in the Underlying Action, we ask that this Court proceed with issuing a bench warrant for Fournier's arrest for violating this Court's initial Order instructing Fournier to comply with MIT's Subpoena and this Court's Contempt Order which found that Fournier was in contempt of Court and ordered him to produce all responsive documents within 48 hours.  Petitioner MIT continues to be unduly prejudiced by Fournier's complete and utter failure to comply with the Subpoena and the Court's two Orders.  For these reasons, MIT respectfully requests that the Court proceed with issuing a bench warrant should Fournier not appear at the June 27, 2024 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th day of June, 2024, at Los Angeles, California.

s/ Michaela Battista Sozio

Michaela Battista Sozio, Declarant

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

3          DECLARATION OF MICHAELA SOZIO RE
COURT'S STATUS CONFERENCE ON
JUNE 27, 2024

# EXHIBIT 1

## Villarroel, Lisa

| | |
|---|---|
| **From:** | Mitchell, Grace A. |
| **Sent:** | Monday, June 17, 2024 4:06 PM |
| **To:** | kf80@mac.com |
| **Cc:** | Sozio, Michaela B.; Laurin Mills; Brian Donnelly |
| **Subject:** | FW: Activity in Case 2:24-mc-00048-PA-PVC Mission Integrated Technologies, LLC v. Kenneth Fournier Order |

Mr. Fournier,

Below please find the Court's Order relating to MIT's Ex Parte Application. Thank you.

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, June 17, 2024 3:37 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:24-mc-00048-PA-PVC Mission Integrated Technologies, LLC v. Kenneth Fournier Order

[EXTERNAL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 6/17/2024 at 3:36 PM PDT and filed on 6/17/2024
**Case Name:** Mission Integrated Technologies, LLC v. Kenneth Fournier
**Case Number:** 2:24-mc-00048-PA-PVC
**Filer:**
**Document Number:** 14

**Docket Text:**
**ORDER by Magistrate Judge Pedro V. Castillo: The Court sets a status conference on 6/27/2024 at 10:00 AM by Zoom before Magistrate Judge Pedro V. Castillo regarding Petitioner's Ex Parte Application for an Order To Show Cause (Dkt. No. [13]). Zoom Webinar**

1

**Information can be found on the Court's Website, under Judge Castillo's Procedures. Petitioner shall serve Respondent promptly with a copy of this Order and file a proof of service. (THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY). (mr)**

**2:24-mc-00048-PA-PVC Notice has been electronically mailed to:**

Michaela Battista Sozio    gmitchell@bwslaw.com, msozio@bwslaw.com

**2:24-mc-00048-PA-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

2